# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

|   |   |
|---|---|
| THE ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube, *Plaintiff-Appellee*, <br><br> v. <br><br> NAPHCARE, INC., *Defendant-Appellant*, <br><br> SPOKANE COUNTY, *Defendant*. | No. 23-2741 |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF-APPELLEE ESTATE OF CINDY LOU HLL

Amir Ali hereby requests to withdraw as co-counsel for Plaintiff-Appellee, the Estate of Cindy Lou Hill, because he will no longer be employed by the Roderick & Solange MacArthur Justice Center, which represents Plaintiff-Appellee as of August 5, 2024. Plaintiff-Appellee will continue to be represented by counsel Devi Rao, Megha Ram, and Wynne Graham of the Roderick & Solange MacArthur Justice Center and counsel at Budge & Heipt LLP, who have already entered appearances in this matter.

Dated: July 30, 2024

Respectfully submitted,

*/s/ Amir H. Ali*

Amir Ali
RODERICK & SOLANGE
 MACARTHUR JUSTICE CENTER
501 H Street NE, Suite 275
Washington, DC 20002
(202) 869-3434
amir.ali@macarthurjustice.org

*Attorney for Appellee*
*Estate of Cindy Lou Hill*

## CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 75 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

                                      */s/ Amir Ali*
                                      Amir Ali

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Amir Ali*
Amir Ali